UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT BELCHER and <br> ZARINA BELCHER, <br><br>           Plaintiffs, <br><br> v. <br><br> BANK OF NEW YORK, MELLON, <br> SELECT PORTFOLIO SERVICING, <br> INC., ORLANS PC AND JOHN <br> DOES 1-10 <br><br>           Defendants. | Civil Action No. 1:20-cv-10511 |

## SELECT PORTFOLIO SERVICING, INC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Select Portfolio Servicing, Inc., hereby certifies and identifies the following parent corporations and any publicly held corporations owning 10% or more of their stock:

    Defendant Select Portfolio Servicing, Inc. is a corporation organized under the laws of the State of Utah, and is a wholly owned subsidiary of SPS Holding Corp., which is not a publicly traded corporation and is organized under the laws of the State of Delaware.  SPS Holding Corp. is wholly owned by Credit Suisse (USA), Inc., which is not a publicly traded corporation and is organized under the laws of the State of Delaware.

Respectfully submitted,
**PARKER IBRAHIM & BERG LLP**
*Attorney for Defendants,*
Select Portfolio Servicing, Inc. and The Bank of New York Mellon, formerly known as The Bank of New York as successor Trustee to JPMorgan Chase Bank, N.A., as trustee for the Certificateholders of Structured Asset Mortgage Investments II Trust 2006-AR4 Mortgage Pass-Through Certificates, Series 2006-AR4,


*/s/ Donald W. Seeley Jr.*
Jeffrey D. Adams, Esq. BBO# 662697
Donald W. Seeley Jr., BBO# 663568
2 Oliver Street, Suite 405
Boston, Massachusetts 02109
Phone: 617.918.7604
Facsimile: 617.918.7878
Email: jeffrey.adams@piblaw.com
      Donald.seeley@piblaw.com


Dated: March 12, 2020

**CERTIFICATE OF SERVICE**

  I, Donald W. Seeley Jr., Esq., hereby certify that on March 12, 2020 a true and correct copy of the foregoing document was served upon all parties or counsel of record via this Court's CM/ECF system or, if not registered on this Court's CM/ECF system, then by email and first class mail, postage prepaid to:

Robert Belcher
590 Truman Highway
Hyde Park, MA 02136

Zarina Belcher
590 Truman Highway
Hyde Park, MA 02136

                */s/ Donald W. Seeley Jr.*
                Donald W. Seeley Jr.