UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| ROBERT BELCHER, ZARINA BELCHER )<br>    Plaintiffs )<br>)<br>v. )<br>)<br>BANK OF NEW YORK MELLON )<br>SELECT PORTFOLIO SERVICING, INC. )<br>ORLANS PC, AND JOHN DOEWS 1-10 )<br>    Defendants )<br>_____ ) | Civil Action No. 1:20-cv-10511 |

## <u>SUGGESTION OF BANKRUPTCY FOR THE PLAINTIFFS,<br>ROBERT BELCHER AND ZARINA BELCHER</u>

Kindly enter Suggestion of Bankruptcy filed by the Plaintiffs, ROBERT BELCHER AND ZARINA BELCHER, for purposes of filing a Suggestion of Bankruptcy, which was filed with United States Bankruptcy Court # 20-10772.

Respectfully Submitted,
ROBERT BELCHER
ZARINA BELCHER,
The Plaintiffs,

/s Mernaysa Rivera-Bujosa

_____
Mernaysa Rivera-Bujosa, Esq.
Rivera-Bujosa Law PC
Shipway Place, Suite C-2
Charlestown MA 02129
Tel: 617 398 6728, 617 398 6727,
617 290 7794, Fax: 617 398 6730
Mernaysa@riverabujosalaw.com
BBO# 665965