UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Case No. 1:20-cv-10511-IT

**Robert Belcher and Zarina Belcher,**

**Plaintiffs**

v.

**Bank of New York Mellon; Select Portfolio Servicing, Inc.; and Orlans PC,**

**Defendants**

### ORLANS PC'S MOTION TO DISMISS

NOW COMES Orlans PC ("Orlans"), Defendant in the above-captioned matter, and respectfully requests that this Honorable Court dismiss Orlans from this action, with prejudice, pursuant to Fed.R.Civ.P. 12(b)(6).

In support thereof, Orlans states the following:

1. The Plaintiff has failed to state a claim upon which relief can be granted as to Orlans.
2. Orlans refers the Court to the supporting Memorandum of Law.

    Respectfully submitted,
    Orlans PC,
    By its Attorney,

    */s/ Effie Gikas*
    _____
    Effie L. Gikas, BBO # 654693
    Orlans PC
    465 Waverley Oaks Road, Suite 401
    Waltham, Massachusetts 02452
    (781) 790-7835
    egikas@orlans.com