UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT BELCHER and<br>ZARINA BELCHER,<br><br>    Plaintiffs,<br><br>v.<br><br>BANK OF NEW YORK, MELLON,<br>SELECT PORTFOLIO SERVICING,<br>INC., ORLANS PC AND JOHN<br>DOES 1-10<br><br>    Defendants. | Civil Action No. 1:20-cv-10511-IT |

## DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

Defendants Select Portfolio Servicing, Inc. and The Bank of New York Mellon, formerly known as The Bank of New York as successor Trustee to JPMorgan Chase Bank, N.A., as trustee for the Certificateholders of Structured Asset Mortgage Investments II Trust 2006-AR4 Mortgage Pass-Through Certificates, Series 2006-AR4 (collectively, "Defendants"), move to dismiss Plaintiffs' Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, based upon a failure to state a short, plain statement of their claim and a failure to set forth a viable claim for which relief may be granted.

For these reasons as well as those included in the accompanying memorandum of law in support of the instant motion, Defendants respectfully requests that this Honorable Court dismiss all Counts and claims contained in Plaintiffs' Complaint in their entirety with prejudice.

                                         Respectfully submitted,
                                         **PARKER IBRAHIM & BERG LLP**
                                         *Attorney for Defendants,*
                                         Select Portfolio Servicing, Inc. and The Bank of New York Mellon, formerly known as The Bank of New York as successor Trustee to JPMorgan Chase Bank, N.A., as trustee for the Certificateholders of Structured Asset Mortgage Investments II Trust 2006-AR4 Mortgage Pass-Through Certificates, Series 2006-AR4,

                                         */s/ Donald W. Seeley Jr.*
                                         Jeffrey D. Adams, Esq. BBO# 662697
                                         Donald W. Seeley Jr., BBO# 663568
                                         2 Oliver Street, Suite 405
                                         Boston, Massachusetts 02109
                                         Phone: 617.918.7604
                                         Facsimile: 617.918.7878
                                         Email: jeffrey.adams@piblaw.com
                                                         Donald.seeley@piblaw.com

Dated: April 30, 2020


### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

     I hereby certify that I have conferred with Plaintiffs' counsel on April 28, 2020 by telephone and on April 29, 2020 by email, and attempted to resolve or narrow the issues presented in the present Motion to Dismiss.


                                         */s/ Donald W. Seeley Jr.*
                                         Donald W. Seeley Jr.

## **CERTIFICATE OF SERVICE**

     I, Donald W. Seeley Jr., Esq., hereby certify that on April 30, 2020 a true and correct copy of the foregoing document was served upon all parties or counsel of record via this Court's CM/ECF system.

                                            */s/ Donald W. Seeley Jr.*
                                            Donald W. Seeley Jr.