# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Case No. 1:20-cv-10511-IT

Robert Belcher and Zarina Belcher,

Plaintiffs,

v.

Bank of New York Mellon; Select Portfolio Servicing, Inc.; and Orlans PC,

Defendants,

## STIPULATION OF DISMISSAL

Now come the Parties and hereby stipulate and agree that the Orlans PC is hereby dismissed from this action with prejudice, with each party bearing their own costs and fees in this matter.

Respectfully Submitted,
Plaintiffs,

_____
Robert Belcher
590 Truman Highway
Hyde Park, MA 02136
(617) 290-6315

_____
Zarina Belcher
590 Truman Highway
Hyde Park, MA 02136
(617) 290-6315

Respectfully Submitted,
Orlans PC
By Its Attorney,

/s/ Effie Gikas
_____
Effie L. Gikas, BBO #654693
Orlans PC
465 Waverley Oaks Rd, Suite 401
Waltham, MA 02452
(781) 790-7835
egikas@orlans.com

Respectfully Submitted,
Bank of New York Mellon and Select Portfolio Servicing, Inc.
By their attorney

/s/ Donald Seeley
_____
Donald W. Seeley, Jr.
Parker Ibrahim & Berg LLP
2 Oliver Street, Suite 402
Boston, MA 02109
(617) 918-7604
donald.seeley@piblaw.com

## **CERTIFICATE OF SERVICE**

I, hereby certify that on this date the foregoing document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those parties which are non-registered participants.

<u>/s/ Effie L. Gikas Tchobanian</u>
Effie L. Gikas

Dated: May 18, 2020