UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT BELCHER and ZARINA BELCHER, | * * * | |
| Plaintiffs, | * * | |
| v. | * * | Civil Action No. 1:20-cv-10511-IT |
| BANK OF NEW YORK MELLON, SELECT PORTFOLIO SERVICING, INC., and JOHN DOES 1–10, | * * * * | |
| Defendants. | * | |

ORDER

June 12, 2020

TALWANI, D.J.

On April 30, 2020, Defendants Bank of New York Mellon and Select Portfolio Servicing, Inc. filed a Motion to Dismiss the Complaint for Failure to State a Claim [#21]. Plaintiffs' response to the Motion to Dismiss was due fourteen days later. See Local Rule 7.1(b)(2) ("A party opposing a motion shall file an opposition within 14 days after the motion is served . . ."). However, the court extended this deadline to May 29, 2020, in light of the withdrawal of Plaintiffs' counsel. See Elec. Order [#24]. Plaintiffs have filed no response to the motion.

If Plaintiffs seek to proceed with this action, they shall file, no later than June 26, 2020, a motion for leave to file a late opposition to the Motion to Dismiss [#21] setting forth good cause for the failure to comply with the original deadline. Failure to respond to this Order will result in dismissal of the action.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge