FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS 2020 JUN 22 AM 10: 51

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| ROBERT BELCHER and ZARINA BELCHER )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BANK OF NEW YORK, MELLON )<br>)<br> | Civil action No. 1:20-cv-10511-IT |

## MOTION TO EXTEND TIME

NOW COMES, Robert Belcher and ZARINA BELCHER, petition this Honorable Court to allow extension of time to file a response to the motion to dismiss.

Please consider this as it is valuable time, so, that we can protect our primary home in a just and fair process.


Respectfully Submitted,


Robert Belcher and ZARINA BELCHER

*[signatures]*
Cell # 617 290 6315

FILED
IN CLERKS OFFICE

Date: June 22, 2020

2020 JUN 22  AM 10: 51

**CERTIFICATE OF SERVICE**

U.S. DISTRICT COURT
DISTRICT OF MASS.

I certify that I will deliver this motion to the Defendants via mail on June 22, 2020.