UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT BELCHER and <br> ZARINA BELCHER, <br> <br> Plaintiffs, <br> <br> v. <br> <br> BANK OF NEW YORK MELLON, <br> SELECT PORTFOLIO SERVICING, INC., <br> and JOHN DOES 1–10, <br> <br> Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> *     Civil Action No. 1:20-cv-10511-IT |

ORDER DENYING MOTION TO EXTEND TIME

June 23, 2020

TALWANI, D.J.

      Defendants Bank of New York Mellon and Select Portfolio Servicing, Inc.'s Motion to Dismiss the Complaint for Failure to State a Claim [#21] has been pending since April 30, 2020. The court sua sponte extended Plaintiffs' deadline to respond to May 29, 2020, see Elec. Order [#24], but Plaintiffs filed no response to the motion. The court ordered that if Plaintiffs sought to proceed with this action, they must file, no later than June 26, 2020, a motion for leave to file a late opposition to the Motion to Dismiss [#21] "setting forth good cause for the failure to comply with the original deadline." Order [#33]. The court warned that a failure to respond to this Order would result in dismissal of the action.

      On June 22, 2020, Plaintiffs filed a Motion to Extend Time [#34] to respond to Defendants' motion to dismiss. The motion did not set forth any cause for the past failure to comply with the court's deadline. And while Plaintiffs state that they seek to "protect [their]

primary home in a just and fair process," they make no commitment to offer any substantive response to Defendant's motion. Accordingly, Plaintiffs' motion for additional time is DENIED.

Plaintiffs' deadline to respond to the court's order, setting forth good cause for the failure to respond by the extended deadline and requesting leave to file a late opposition REMAINS June 26, 2020.

IT IS SO ORDERED.

June 23, 2020 /s/ Indira Talwani
United States District Judge