UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2020 JUN 24 PM 1:30

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| ROBERT BELCHER and ZARINA BELCHER ) ) ) Plaintiff, ) ) v. ) ) ) BANK OF NEW YORK, MELLON, ) SELECT PORTFOLIO SERVICING, ) INC., and JOHN DOES 1-10, ) ) Defendants. ) ) | Civil action No. 1:20-cv-10511-IT |

MOTION FOR LEAVE, LATE OPPOSITION TO MOTION TO DISMISS

June 24, 2020

Plaintiff states that they are struggling to save their house and our failure to meet deadlines have been due to a need to amend the original complaint and is not due to willful negligence. The amended complaint will be filed no later than 30 days from the date the court allows and the Plaintiffs thank the court in anticipation that the 30-day extension will be allowed.

_____
Robert Belcher

_____
Zarina Belcher