UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT BELCHER and ZARINA BELCHER    ) <br> ) <br> Plaintiff,    ) <br> ) <br> v.    ) <br> ) <br> BANK OF NEW YORK, MELLON,    ) <br> SELECT PORTFOLIO SERVICING,    ) <br> INC., and JOHN DOES 1-10,    ) <br> ) <br> Defendants.    ) | Civil action No. 1:20-cv-10511-IT |

AFFIDAVIT

June 24, 2020

I, Robert Belcher, state on oath that the foregoing request for an extension be allowed as it was not an intentional failure to meet the prior deadline. Also, due to the pandemic of COVID-19 and financial stress, I have not, in a timely manner, been able to get legal advice/lack of counsel.

_____
Robert Belcher

FILED
IN CLERKS OFFICE

2020 JUN 24  PM 1: 30

U.S. DISTRICT COURT
DISTRICT OF MASS.

## CERTIFICATE OF SERVICE

We, Robert Belcher and Zarina Belcher, certify that we served a copy of this Notice of Motion for Leave and Affidavit to Donald Seeley of Parker, Ibrahim & Berg which shall be mailed to all parties on June 24, 2020.

_____
Robert Belcher

_____
Zarina Belcher