UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT BELCHER and ZARINA BELCHER,<br><br>    Plaintiffs,<br><br>v.<br><br>BANK OF NEW YORK MELLON, SELECT PORTFOLIO SERVICING, INC., and JOHN DOES 1–10,<br><br>    Defendants. | Civil Action No. 1:20-cv-10511-IT |

ORDER

July 2, 2020

TALWANI, D.J.

On June 12, 2020, the court ordered Plaintiffs to show cause for their failure to comply with their deadline to respond to Defendants Bank of New York Mellon and Select Portfolio Servicing Inc.'s Motion to Dismiss [#21], which has been pending since April 30, 2020. Order [#33]. Plaintiffs were ordered to respond to the order no later than June 26, 2020. Id.

On June 22, 2020, Plaintiffs filed a Motion for Extension of Time [#34]. The court denied Plaintiffs' motion on the basis that Plaintiffs did not set forth any cause for their failure to comply with the court's deadline and for not providing any "commitment to offer any substantive response to Defendant's motion." See June 23, 2020 Order [#35].

On June 24, 2020, Plaintiffs filed another Motion for Leave to File a Late Opposition [#36]. The motion again does not provide any basis for Plaintiffs' late opposition or even commit to filing an opposition. Accordingly, Plaintiffs' Motion for Leave [#36] is DENIED and Defendants' Motion to Dismiss [#21] is GRANTED.

2

Plaintiffs state in their Motion for Leave [#36] that they intend to file an amended complaint. Pursuant to Fed. R. Civ. P. 15(a), an amended complaint may only be filed as a matter of course within 21 days after the date the complaint was served or after the date Defendants filed their motion to dismiss, both of which have passed. Accordingly, Plaintiffs must first seek leave of court before filing an amended complaint. Plaintiffs shall file any motion for leave to file an amended complaint, with the proposed amended complaint attached to the motion, by July 23, 2020.

IT IS SO ORDERED.

July 2, 2020                                                                       /s/ Indira Talwani
                                                                                         United States District Judge