UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERK'S OFFICE
2020 JUL 23 PM 1:43
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| ROBERT BELCHER and,<br>ZARINA BELCHER<br><br>                Plaintiffs<br><br>v.<br><br>BANK OF NEW YORK, MELLON,<br>SELECT PORTFOLIO SERVICING, INC.,<br>and;<br>JOHN DOES 1-10<br><br>                Defendants | Civil Action No. 1:20-CV-10511-1T |

**PLAINTIFF'S MOTION TO AMEND THE COMPLAINT UNDER**
**Fed. R. Civ. P. Rule 15(a)(2)**
(prepared with the assistance of an attorney)

Pursuant to this Court allowing the Plaintiffs to request leave to file an amended complaint until July 23, 2020 following the dismissal of their unamended complaint, the Plaintiffs respectfully request under Fed. R. Civ. P. Rule 15(a)(2) leave to file the proposed first amended complaint submitted herewith.

The Belchers further ask for leave for additional time to submit a second amended complaint for the following reasons. They have recently engaged an expert in consumer residential mortgages, Marie McDonnell. Ms. McDonnell's preliminary analysis is included in her affidavit included herewith. With the assistance of the analysis this expert and an attorney the Belchers will, if additional leave is granted, add additional claims, in the nature of claims in recoupment and other claims, including under the Massachusetts Predatory Home Loan Practices Act.

WHEREFORE, the Plaintiffs respectfully request additional time to develop a second amended complaint to add the above-described additional claims.

Respectfully submitted, July 23, 2020

_____          _____
Robert Belcher                                                 Zarina Belcher

## CERTIFICATE OF SERVICE

I certify that I served the foregoing document to the attorney for Select Portfolio Servicing, Inc. and Bank of New York Mellon:

>Donald W. Seeley, Jr.
>Jeffrey D. Adams, Esq.
>2 Oliver St. Suite 405
>Boston, Mass. 02109
>Donald.Seeley@piblaw.com
>Jeffrey.Adams@piblaw.com

_____
Robert Belcher