## *Affidavit Exhibits*

A. Curriculum Vitae of Marie McDonnell
B. Notice of Assignment, Sale, or Transfer of Servicing Rights
C. Adjustable Rate Note, 12/22/2005
D. MERS Research Results, Servicer I.D.
E. Prospectus Supplement Excerpt
F. Assignment of Mortgage, 04/26/2010
G. SPS Payoff Statement, 04/22/2020
H. Notice of Intention to Foreclose, 01/24/2020

COMMONWEALTH OF MASSACHUSETTS
COUNTY OF BARNSTABLE, SS

At Brewster, Massachusetts, on this 23rd day of July, 2020, before me, the undersigned Notary Public, personally appeared Marie McDonnell who is personally known to me to be the person who signed the preceding or attached document in my presence, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of her knowledge and belief.

Subscribed to and sworn before me.

_Stephanie B. Souza_
Notary Public
My commission expires:

STEPHANIE B. SOUZA
Notary Public
Commonwealth of Massachusetts
My Comm. Expires November 27, 2020