# EXHIBIT "B"

## NOTICE OF ASSIGNMENT, SALE, OR TRANSFER OF SERVICING RIGHTS

Borrower Name & Address:  
Robert Belcher

Loan Number: 2443633

590 Truman Highway,  
Hyde Park, MA 02136

You are hereby notified* that the servicing of your mortgage loan, that is, the right to collect payments from you, is being assigned, sold or transferred from   Union Federal Bank of Indianapolis

to  EMC Mortgage Corporation                      , effective   February 1, 2006

The assignment, sale or transfer of the servicing of the mortgage loan does not affect any term or condition of the mortgage instruments, other than terms directly related to the servicing of your loan.

Except in limited circumstances, the law requires that your present servicer send you this notice at least 15 days before the effective date of transfer, or at closing. Your new servicer must also send you this notice no later than 15 days after this effective date or at closing. [In this case, all necessary information is combined in this one notice.]

Your present servicer is   Union Federal Bank of Indianapolis

If you have any questions relating to the transfer of servicing from your present servicer call   800-723-3004   between 8:30   a.m. and   4:30   p.m. on the following days   Mon. thru Fri.   . This is a toll-free or collect call number.

Your new servicer will be   EMC Mortgage Corporation

The business address for your new servicer is:  P.O. Box 141358, Irving, TX 75014-1358

The toll-free or collect call telephone number of your new servicer is   800-723-3004  
If you have any questions relating to the transfer of servicing to your new servicer call   the Customer Assistance Department   at 800-723-3004  
between   8:30   a.m. and   4:30   p.m. on the following days   Monday thru Friday

The date that your present servicer will stop accepting payments from you is   December 22, 2005  
The date that your new servicer will start accepting payments from you is   December 22, 2005  
Send all payments due on or after that date to your new servicer.

The transfer of servicing rights may affect the terms of or the continued availability of mortgage life or disability insurance or any other type of optional insurance in the following manner:   See Page 2.