# EXHIBIT "D"



**1 record matched your search:**

MIN: 1002454-0002443633-4    Note Date: 12/22/2005    MIN Status: Inactive

Servicer:   JPMorgan Chase Bank, N.A. fka WAMU          Phone: (800) 848-9136
                Monroe, LA

If you are a borrower on this loan, you can click here to enter additional information and display the Investor name.

Return to Search

For more information about Mortgage Electronic Registration Systems, Inc. (MERS) please go to www.mersinc.org

Copyright© 2020 by MERSCORP Holdings, Inc.