# EXHIBIT "E"

**Structured Asset Mortgage Investments II Trust 2006-AR4 · 424B5 · On 7/5/06**
**Document 1 of 1 · 424B5 · Prospectus Supplement**

PROSPECTUS SUPPLEMENT DATED JUNE 29, 2006 (TO PROSPECTUS DATED MARCH 28, 2006)
$1,564,950,000
(APPROXIMATE)

STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2006-AR4
ISSUING ENTITY
WELLS FARGO BANK, NATIONAL ASSOCIATION
MASTER SERVICER AND SECURITIES ADMINISTRATOR
STRUCTURED ASSET MORTGAGE INVESTMENTS II INC.
DEPOSITOR
STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2006-AR4
MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR4

YOU SHOULD CONSIDER CAREFULLY THE RISK FACTORS BEGINNING ON PAGE S-21 IN THIS PROSPECTUS SUPPLEMENT.

THE TRUST
The trust will consist primarily of a pool of adjustable rate mortgage loans secured by first liens on one- to four-family residential properties, divided into five loan groups: loan group I, loan group II, loan group III, loan group IV and loan group V. The trust will be represented by twenty-seven classes of certificates, twenty-three of which are offered pursuant to this prospectus supplement, all as more fully described in the tables beginning on page S-7 of this prospectus supplement.

The certificates are obligations only of the trust, as the issuing entity. Neither the certificates nor the mortgage loans are insured or guaranteed by any person, except as described herein. Distributions on the certificates will be payable solely from the assets transferred to the trust for the benefit of certificateholders.

CREDIT ENHANCEMENT
Credit enhancement for the offered certificates will consist of excess spread, overcollateralization and subordination. The adjustable rate certificates may receive additional distributions in respect of interest from payments under one or more cap contracts, as described herein.

Distributions on the certificates will be on the 25th of each month, or, if the 25th is not a business day, on the next business day, beginning in July, 2006.

NEITHER THE SECURITIES AND EXCHANGE COMMISSION NOR ANY STATE SECURITIES COMMISSION HAS APPROVED OR DISAPPROVED OF THESE SECURITIES OR PASSED UPON THE ADEQUACY OF THIS PROSPECTUS SUPPLEMENT. ANY REPRESENTATION TO THE CONTRARY IS A CRIMINAL OFFENSE.

THE ATTORNEY GENERAL OF THE STATE OF NEW YORK HAS NOT PASSED ON OR ENDORSED THE MERITS OF THIS OFFERING. ANY REPRESENTATION TO THE CONTRARY IS UNLAWFUL. The price to investors will vary from time to time and will be determined at the time of sale. The proceeds to the depositor from the offering are expected to be approximately 100.8% of the aggregate principal amount of the offered certificates, plus accrued interest thereon, less expenses which are estimated to be $1,525,000. See "Method of Distribution" in this prospectus supplement. The Underwriter will deliver to purchasers the offered certificates in book-entry form through The Depository Trust Company on or about June 30, 2006.

BEAR, STEARNS & CO. INC.
UNDERWRITER

SUMMARY OF PROSPECTUS SUPPLEMENT

The following summary provides a brief description of material aspects of this offering and does not contain all of the information that you should consider in making your investment decision. To understand all of the terms of the offered certificates, read carefully this entire prospectus supplement and the entire accompanying prospectus. A glossary is included at the end of this prospectus supplement. Capitalized terms used but not defined in the glossary at the end of this prospectus supplement or in the following summary have the meanings assigned to them in the glossary at the end of the prospectus.

| | |
|---|---|
| Issuing Entity | Structured Asset Mortgage Investments II Trust 2006-AR4. |
| Title of Series | Structured Asset Mortgage Investments II Trust 2006-AR4, Mortgage Pass-Through Certificates, Series 2006-AR4. The issuing entity will issue the certificates pursuant to a pooling and servicing agreement to be dated as of the cut-off date among the depositor, the sponsor, the trustee, the master servicer and the securities administrator. |
| Cut-off Date | June 1, 2006. |
| Closing Date | On or about June 30, 2006. |
| Depositor | Structured Asset Mortgage Investments II Inc. |
| Sponsor | EMC Mortgage Corporation, an affiliate of the depositor. |
| Master Servicer | Wells Fargo Bank, National Association. |
| Servicers | EMC Mortgage Corporation, Countrywide Home Loans Servicing LP and one or more other servicers, none of which will service more than 10% of the mortgage loans in the mortgage pool or in any loan group. |
| Originators | Countrywide Home Loans, Inc., SouthStar Funding, LLC, First Horizon Home Loan Corporation, Bear Stearns Residential Mortgage Corp. and various other originators, none of which will originate more than 10% of the mortgage loans in the mortgage pool or in any loan group. |
| Cap Counterparty | Bear Stearns Financial Products Inc. |
| Trustee | JPMorgan Chase Bank, National Association. |
| Paying Agent and Certificate Registrar | Wells Fargo Bank, National Association. |
| Securities Administrator | Wells Fargo Bank, National Association. |
| Distribution Dates | Distributions on the offered certificates will be made on the 25th day of each month, or, if such day is not a business day, on the |

| | |
|---|---|
| Offered Certificates........................ | next succeeding business day, beginning in July 2006. The classes of offered certificates and their pass-through rates and initial certificate principal balances, as applicable, are set forth in the tables below. |

S-6