# EXHIBIT "F"

*[handwritten margin note: 590 Truman Highway, Hyde Park]*

Loan: 0012252011
MIN #: 100245400024436334

When recorded return to:
Marinosci Law Group, P.C.
1575 South County Trail
East Greenwich, RI 02818
File No.: 09-02679FC



Cert#: 117651  2010 00777619  Bk: 00584 Pg: 51
Doc: AST  05/06/2010 10:12 AM  SF



## ASSIGNMENT OF MORTGAGE
## MASSACHUSETTS

This **ASSIGNMENT OF MORTGAGE** is made and entered into as of this 26th day of April, 2010 from Mortgage Electronic Registration Systems, Inc, whose address is P.O. Box 2026, Flint, MI 48501 ( Assignor ) to The Bank of New York Mellon formerly known as The Bank of New York as successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Certificateholders of Structured Asset Mortgage Investments II Trust 2006-AR4 Mortgage Pass-Through Certificates, Series 2006-AR4, whose address is 101 Barclay Street, Floor 4 West, New York, NY 10286 ( Assignee ).

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Assignor does by these presents hereby grant, bargain, sell, transfer and set over unto the Assignee, its successors, transferees and assigns forever, all of the right, title and interest of said Assignor in and to the following instrument describing land therein, duly recorded in Suffolk County Registry District of the Land Court and Suffolk County Registry of Deeds, State of Massachusetts, as follows;

Mortgagor: **Robert Belcher and Zarina Belcher**
Mortgagee: **Mortgage Electronic Registration Systems, Inc.**
Document Date: **12/22/2005**
Recording Date: **12/28/2005**
Document No.: **713600**
Certificate of Title No.: **117651**
Book/Volume/Docket/Liber: **584**
Page/Folio: **51**
Property address: **590 Truman Highway a/k/a 590 Truman Parkway, Hyde Park, Massachusetts 02136**
Property described as follows:

**FOR A COMPLETE LEGAL DESCRIPTION SEE ABOVE REFERENCED RECORDED MORTGAGE**

Together with any and all notes and obligations therein described or referred to, the debt respectively secured thereby and all sums of money due and to become due thereon, with interest thereon, and attorney s fees and all other charges.

This Assignment is made without recourse, representation or warranty. **This Assignment has an effective date of December 8, 2009.**

IN WITNESS WHEREOF the Assignor has caused these presents to be executed in its name by its proper officer thereunto duly authorized, the 26th day of April, 2010.

Signed, sealed and delivered in the presence of:    Mortgage Electronic Registration Systems, Inc.

(1) _Brenda Y. Sweet_    BY: _Mary Cook_
Witness    Name: Mary Cook

(2) _Tonia Williams_    Title: Vice President
Witness

STATE OF **Ohio**             )
                             )ss.
COUNTY OF **Franklin**        )

In **Columbus** on the 26th day of April, 2010, before me personally appeared **Mary Cook**, the Authorized Representative of Mortgage Electronic Registration Systems, Inc. to me known and known by me to be the party executing the foregoing instrument, and he/she acknowledged said instrument by him/her executed to be his/her free act and deed, and the free act and deed of Mortgage Electronic Registration Systems, Inc.



Ashley L. Bond
Notary Public, State of Ohio
My Commission Expires
12/10/2013

Notary Public Name: _Ashley Bond_
My commission Expires: ____

777619

DOC No: 00777619

SUFFOLK LAND COURT
REGISTRY DISTRICT

** RECEIVED FOR REGISTRATION **
On: 05-06-2010 @ 10:12A

015
5/6/10

Attested hereto:
Francis M. Roache
Asst. Recorder of Land Court