# EXHIBIT "H"

# ORLANS PC

A law firm licensed in

DC, DE, MA, MD, MI, NH, RI, VA

PO Box 540540
Waltham, MA 02454
P (781) 790-7800  F (781) 790-7801
www.Orlans.com
Business Hours: 8:30 AM – 5:00 PM ET

**IF YOU ARE CURRENTLY IN BANKRUPTCY OR HAVE RECEIVED A DISCHARGE IN BANKRUPTCY AS TO THIS OBLIGATION, THIS COMMUNICATION IS INTENDED FOR INFORMATIONAL PURPOSES ONLY AND IS NOT AN ATTEMPT TO COLLECT A DEBT IN VIOLATION OF THE AUTOMATIC STAY OR THE DISCHARGE INJUNCTION. IN SUCH CASE, PLEASE DISREGARD ANY PART OF THIS COMMUNICATION WHICH IS INCONSISTENT WITH THE FOREGOING.**

**OTHERWISE, THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**IF YOU ARE NOW ON ACTIVE MILITARY DUTY OR HAVE BEEN IN THE PRIOR TWELVE MONTHS, OR IF YOU ARE A DEPENDENT OF AN ACTIVE SERVICEMEMBER, PLEASE CONTACT OUR OFFICE AS YOU MAY BE ENTITLED TO THE BENEFITS OF THE SERVICEMEMBERS' CIVIL RELIEF ACT.**

January 24, 2020

CERTIFIED MAIL/RETURN RECEIPT REQUESTED

Zarina Belcher
590 Truman Parkway
Boston (Hyde Park), MA 02136

RE :    590 Truman Highway a/k/a 590 Truman Parkway, Boston (Hyde Park), MA 02136
        Land Court Case No. 19 SM 000213          Our File Number: 18-013740

## NOTICE OF INTENTION TO FORECLOSE

Dear Zarina Belcher,:

You are hereby notified, in accordance with the statute, of our intention, on or after March 3, 2020 - to foreclose under power of sale for breach of condition, and by entry, that certain mortgage ("Mortgage") held by the undersigned covering the premises known and numbered as 590 Truman Highway a/k/a 590 Truman Parkway, Boston (Hyde Park), MA dated December 22, 2005 and registered with the Suffolk County Registry District of the Land Court as Document Number 713600 noted on Certificate of Title Number 133844 which secures a promissory note.

A copy of the Notice of Sale is enclosed.

Very truly yours,
The Bank of New York Mellon formerly known as The Bank of New York as successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Certificateholders of Structured Asset Mortgage Investments II Trust 2006-AR4 Mortgage Pass-Through Certificates, Series 2006-AR4

By its Attorneys,

ORLANS PC

Enclosure
18-013740/231/NOTOL

## MORTGAGEE'S NOTICE OF SALE OF REAL ESTATE

By virtue and in execution of the Power of Sale contained in a certain Mortgage given by Robert Belcher and Zarina Belcher to Mortgage Electronic Registration Systems, Inc., as nominee for Union Federal Bank of Indianapolis, its successors and assigns, dated December 22, 2005 and registered with the Suffolk County Registry District of the Land Court as Document Number 713600 noted on Certificate of Title Number 133844, subsequently assigned to The Bank of New York Mellon formerly known as The Bank of New York as successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Certificateholders of Structured Asset Mortgage Investments II Trust 2006-AR4 Mortgage Pass-Through Certificates, Series 2006-AR4 by Mortgage Electronic Registration Systems, Inc. by assignment registered with Suffolk County Registry District of the Land Court as Document Number 777619 noted on Certificate of Title Number 133844 for breach of the conditions of said Mortgage and for the purpose of foreclosing same will be sold at Public Auction at 10:00 AM on March 3, 2020 at 590 Truman Highway a/k/a 590 Truman Parkway, Boston (Hyde Park), MA, all and singular the premises described in said Mortgage, to wit:

THAT CERTAIN PARCEL OF LAND SITUATED IN THAT PART OF BOSTON FORMERLY HYDE PARK IN THE COUNTY OF SUFFOLK AND THE COMMONWEALTH OF MASSACHUSETTS, SITUATED ON TRUMAN HIGHWAY, SAID LAND IS DETERMINED BY THE COURT TO BE LOCATED AS SHOWN ON A PLAN DRAWN BY GEORGE E. BERTINI, SURVEYOR, DATED MAY 12, 1967, AS MODIFIED AND APPROVED BY THE COURT, FILED IN THE LAND REGISTRATION OFFICE AS PLAN NO. 35139-A, A COPY OF A PORTION OF WHICH IS FILED WITH CERTIFICATE OF TITLE NO. 79629, AND SHOWN THEREON AS LOT 2. THE ABOVE DESCRIBED LAND IS SUBJECT TO AND HAS THE BENEFIT OF, THE TERMS OF A STIPULATION BETWEEN GERALD R. NEUSTADT AND P. RICHARD CURRAN ET AL DATED APRIL 8, 1968, A COPY OF WHICH IS FILED AS DOCUMENT NO. 294899. SO MUCH OF THE ABOVE DESCRIBED LAND AS IS INCLUDED WITHIN THE AREA MARKED "SLOPE EASEMENT", APPROXIMATELY SHOWN ON SAID PLAN, IS SUBJECT TO AND EASEMENT AS SET FORTH IN A TAKING BY THE COMMONWEALTH OF MASSACHUSETTS, DATED OCTOBER 20, 1931, DULY RECORDED IN BOOK 5294, PAGE 521. THERE IS APPURTENANT TO THE ABOVE DESCRIBED LAND THE RIGHT TO LAY AND MAINTAIN UTILITY PIPES IN THE WAY, TEN FEET WIDE, AS SHOWN ON SAID PLAN 9. BEING THE SAME PREMISES CONVEYED TO THE HEREIN NAMED MORTGAGOR (S) BY DEED RECORDED WITH SUFFOLK COUNTY REGISTRY OF DEEDS AS DOCUMENT NUMBER 624659. THE PROPERTY ADDRESS OF 590 TRUMAN PARKWAY IS ALSO KNOWN AS 590 TRUMAN HIGHWAY. B 584 P 51 CTF 117651

The premises are to be sold subject to and with the benefit of all easements, restrictions, encroachments, building and zoning laws, liens, unpaid taxes, tax titles, water bills, municipal liens and assessments, rights of tenants and parties in possession, and attorney's fees and costs.

## TERMS OF SALE:

A deposit of FIVE THOUSAND DOLLARS AND 00 CENTS ($5,000.00) in the form of a certified check, bank treasurer's check or money order will be required to be delivered at or before the time the bid is offered. The successful bidder will be required to execute a Foreclosure Sale Agreement immediately after the close of the bidding. The balance of the purchase price shall be paid within thirty (30) days from the sale date in the form of a certified check, bank treasurer's check or other check satisfactory to Mortgagee's attorney. The Mortgagee reserves the right to bid at the sale, to reject any and all bids, to continue the sale and to amend the terms of the sale by written or oral announcement made before or during the foreclosure sale. If the sale is set aside for any reason, the Purchaser at the sale shall be entitled only to a return of the deposit paid. The purchaser shall have no further recourse against the Mortgagor, the Mortgagee or the Mortgagee's attorney. The description of the premises contained in said mortgage shall control in the event of an error in this publication. **TIME WILL BE OF THE ESSENCE.**

Other terms, if any, to be announced at the sale.

The Bank of New York Mellon formerly known as The Bank of New York as successor Trustee to JPMorgan

18-013740/231/NOTOL