UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT BELCHER and<br>ZARINA BELCHER,<br><br>    Plaintiffs,<br><br>v.<br><br>BANK OF NEW YORK, MELLON,<br>SELECT PORTFOLIO SERVICING,<br>INC., ORLANS PC AND JOHN<br>DOES 1-10<br><br>    Defendants. | Civil Action No. 1:20-cv-10511-IT |

**DEFENDANTS' OBJECTION TO PLAINTIFFS' REQUEST FOR ADDITIONAL TIME TO FILE A MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**

Defendants Select Portfolio Servicing, Inc. ("SPS") and The Bank of New York Mellon, formerly known as The Bank of New York as successor Trustee to JPMorgan Chase Bank, N.A., as trustee for the Certificateholders of Structured Asset Mortgage Investments II Trust 2006-AR4 Mortgage Pass-Through Certificates, Series 2006-AR4 (the "Trust") (collectively, "Defendants"), by and through their undersigned counsel, hereby submit their objection to Plaintiffs' request for additional time to file a motion for leave to file a second amended complaint. In support of this objection, Defendants state the following:

1.    Through the instant motion, Plaintiffs seek an additional 60 days to submit a motion for leave to file a second amended complaint.

2.    As the basis for this request, Plaintiffs allege that "[t]hey have recently engaged an expert in consumer residential mortgages" who intends to assist Plaintiffs in the preparation of

1

a second amended complaint for "recoupment and other claims, including under the Massachusetts Predatory Home Loan Practices Act."  *See* Pl. Mot.

3. However, Plaintiffs did not hire this so-called expert until July 20, 2020 – nearly three weeks after dismissal of Plaintiffs' original complaint – and the instant motion fails to set forth any basis for this unreasonable delay.  *See* Affidavit of Marie McDonnell ¶ 5.

4. Furthermore, Plaintiff's seek additional time for their so-called expert to send SPS a Request for Information ("RFI") pursuant the Real Estate Settlement Practices Act ("RESPA").  *See* Affidavit of Marie McDonnell ¶ 8.

5. In making this request, Plaintiffs acknowledge that SPS began serving their mortgage loan in November of 2014; yet, the instant motion fails to set forth any basis for waiting until July of 2020 to submit a RFI.  *See* Affidavit of Marie McDonnell ¶ 10.D.

6. Moreover, the affidavit of Plaintiffs' so-called expert, Marie McDonnell, is nothing more than a thinly-veiled attempt to re-argue claims raised by Plaintiffs in their now-dismissed complaint.

7. The instant motion fails to establish that any proposed Second Amended complaint is potentially meritorious.

8. It is clear that the instant motion was designed to interpose delay and drive up litigation costs.

9. As such, the instant motion fails to set forth "good cause" in support of the relief being sought.

10. Additionally, Plaintiffs failed to confer with undersigned counsel to attempt to resolve or narrow the issues raised in the instant motion, as required by Local Rule 7.1(a)(2).

WHEREFORE, Defendants request that this Honorable Court deny Plaintiffs' request for additional time to file a motion for leave to file a second amended complaint.

                                        Respectfully submitted,
                                        **PARKER IBRAHIM & BERG LLP**
                                        *Attorney for Defendants,*
Select Portfolio Servicing, Inc. and The Bank of New York Mellon, formerly known as The Bank of New York as successor Trustee to JPMorgan Chase Bank, N.A., as trustee for the Certificateholders of Structured Asset Mortgage Investments II Trust 2006-AR4 Mortgage Pass-Through Certificates, Series 2006-AR4,

*/s/ Donald W. Seeley Jr.*
Jeffrey D. Adams, Esq. BBO# 662697
Donald W. Seeley Jr., BBO# 663568
2 Oliver Street, Suite 405
Boston, Massachusetts 02109
Phone: 617.918.7604
Facsimile: 617.918.7878
Email: jeffrey.adams@piblaw.com
        Donald.seeley@piblaw.com

Dated: July 28, 2020

## **CERTIFICATE OF SERVICE**

    I, Donald W. Seeley Jr., Esq., hereby certify that on July 28, 2020 a true and correct copy of the foregoing document was served upon all parties or counsel of record via this Court's CM/ECF system as well as by email and first class mail to:

Robert Belcher and
Zarina Belcher
590 Truman Highway
Hyde Park, MA 02136
rzhugme@gmail.com

                                                */s/ Donald W. Seeley Jr.*
                                                Donald W. Seeley Jr.