UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT BELCHER and<br>ZARINA BELCHER,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF NEW YORK MELLON,<br>SELECT PORTFOLIO SERVICING, INC.,<br>and JOHN DOES 1-10,<br><br>Defendants. | Civil Action No. 1:20-cv-10511-IT |

ORDER OF DISMISSAL

January 29, 2021

TALWANI, D.J.

 Pursuant to the court's July 2, 2020 Order [#37] granting Defendants' Motion to Dismiss [#21] and January 28, 2021 Memorandum and Order [#44] denying Plaintiffs' Motion for Leave to Amend the Complaint [#38], this action is hereby DISMISSED. This case is CLOSED.

              /s/ Indira Talwani
              United States District Judge